ADVANCED DISABILITY ADVOCATES
Kevin Hong (SBN 299040)
adadvocates@gmail.com
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Tel:   (310) 926-2519
Fax:   (310) 634-1258

Attorneys for Defendant
PEDRO JIMENEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| PEDRO JIMENEZ,<br><br>     Plaintiff,<br><br>vs.<br><br>THE BURNT TORTILLA; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No.  2:18-cv-03678-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed:   May 01, 2018<br>Trial Date:              None Set |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Pedro Jimenez ("Plaintiff") hereby dismisses the above-captioned action in its entirety and with prejudice as to all claims and causes of action

1
2   against Defendant The Burnt Tortilla ("Defendant").  Defendant has not filed an Answer
3   to Plaintiff's Complaint and no cross-claims have been advanced by Defendant.
4
5   Dated:  August 21, 2018                    ADVANCED DISABILITY ADVOCATES
6
7                                              By:*/s/ Kevin Hong*
                                                  Kevin Hong, Esq.
8
                                               Attorneys for Plaintiff Pedro Jimenez
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28